UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                           )
                                                 )
LANE WYLY FRICKS,                                )     NO. 13-91353
                                                 )     Chapter 7
            Debtor.                              )

### SECOND MOTION FOR TURNOVER ORDER

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and for her Second Motion for Turnover respectfully states as follows:

1. The Debtor filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on October 29, 2013.

2. I serve as the Debtors' Chapter 7 Bankruptcy Trustee.

3. Debtor listed a bank account with Central IL Bank on his petition and schedules. At the time of the filing of his petition funds in this account totaled $2,136.91. Debtor has exempted $400.00 of these funds leaving excess funds in the amount of $1,736.91.

4. Debtor listed a bank account with First State on his petition and schedules. At the time of the filing of his petition funds in this account totaled $758.45. Debtor has exempted $450.00 of these funds leaving excess funds in the amount of $308.45.

5. Debtor has exhausted his wildcard exemptions.

6. That it is the Trustee's intent to take possession of the excess funds in the bank accounts and distribute same to the unsecured creditors.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that:

1. Debtor be ordered to turn over $1,736.91 representing the excess funds in the bank account with Central IL Bank within 10 days of the entry of the Order on Motion for Turnover.
2. Debtor be ordered to turn over $308.45 representing the excess funds in the bank account with First State within 10 days of the entry of the Order on Motion for Turnover.

/s/Kristin L. Wilson
Kristin L. Wilson
Chapter 7 Trustee

CERTIFICATE OF SERVICE

 It is hereby certified that a true and correct copy of the foregoing Second Motion for Turnover Order has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

  Lane Fricks
  870 Lilly Drive
  Monticello, IL 61856

 I hereby certify that on the 27th day of January, 2014, a true and correct copy of the foregoing pleading was served by electronic mail upon:

| | |
|---|---|
| Robert Follmer | Nancy J. Gargula |
| 201 W. Olive Street | United States Trustee |
| Bloomington, IL 61701 | 401 Main Street |
| | Suite 1100 |
| | Peoria, IL 61602 |

 DATED this 27th day of January, 2014.


           /s/ Kristin L. Wilson
           Kristin L. Wilson


KRISTIN L. WILSON
Chapter 7 Trustee
600 Jackson Avenue
Charleston, IL  61920
Telephone:  (217) 345-3929
Fax:  (217) 345-6501